UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
FRIAR, SCOTT                                Case No. 07-64494 WSD
FRIAR, LINDA LEE                            Chapter 7
LANDSCAPING, SCOTT FRIAR                    HON. WALTER SHAPERO.DETROIT

                Debtor(s).              /

(Amended)
**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the party entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Verizon North<br>404 Brock Dr.<br>Bloomington, IL | 6 | $83.99 |
| | **TOTAL** | **$83.99** |

Dated: June 9, 2010

/s/ Timothy J. Miller
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
tmiller@schneidermiller.com